IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1: 26CR288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHARLES ESQUE FLEMING |
| v. | ) | |
| | ) | |
| MARITZA AZUCENA CAHUEC COC, | ) | NOTICE OF APPEARANCE |
| ████████████████████████, | ) | (CO-COUNSEL) |
| CARLOS AGUSTIN CAHUEC COC, | ) | |
| aka TUCO, | ) | |
| ████████████████████, | ) | |
| ██████, | ) | |
| Defendants. | | |

Now comes Trial Attorney Spencer M. Perry and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Carol M. Skutnik and Edward D. Brydle, Assistant U.S. Attorneys, also be sent to Spencer M. Perry, Department of Justice Trial Attorney.

Respectfully submitted,

By:   /s/ Spencer M. Perry

Spencer M. Perry (CA: 350889)
Trial Attorney, Criminal Division
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
Spencer.Perry@usdoj.gov
Phone: (202) 305-3742